JS-6

1    Christopher J. Yost, Esq. (Bar No. 150785)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: 949-862-4558
Facsimile: 949-862-4605
Email: cjyost@fedex.com

Colby S. Morgan, Esq. (TN Bar No. 005556)
*Pro Hac Vice*
**FEDERAL EXPRESS CORPORATION**
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, Tennessee 38125
Telephone: 901-434-8545
Facsimile: 901-434-9278
Email: csmorgan@fedex.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANK REYES,<br><br>            Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>            Defendant. | Case No.: CV09-0089 GAF (CWx)<br><br>Assigned to the Honorable<br>Gary Allen Feess, Courtroom 740<br><br>**JUDGMENT**<br><br>Complaint Filed:   January 6, 2009<br>MSJ Hearing Date:   June 7, 2010 |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having heard Defendant's unopposed Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on June 7, 2010, and based upon the Court's Memorandum & Order Regarding Defendant's Motion for Summary Judgment, directs the Clerk of the Court to enter Judgment in

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1
**JUDGMENT**

1  favor of Defendant Federal Express Corporation on the Complaint filed by Plaintiff
2  Frank Reyes.

4   Dated June 11, 2010.

6                                                    GARY ALLEN FEESS
7                                                    United States District Judge

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

2
**JUDGMENT**

# CERTIFICATE OF SERVICE

I am a resident of the State of Tennessee, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, d/b/a FedEx Express, 3620 Hacks Cross Rd., Building B-3, Memphis, TN 38125.

On June 10, 2010, I served the within document(s):

**DEFENDANT'S PROPOSED FORM OF JUDGMENT**

| | |
|---|---|
| ☒ | by transmitting via Court's ECF Filing System. |
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Memphis, Tennessee addressed as set forth below. |
| ☒ | by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 3620 Hacks Cross Rd., B-3, Memphis, Tennessee 38125, in accordance with Federal Express Corporation's ordinary business practices. |

Frank Reyes
27246 Discovery Bay Drive
Romoland, California 92585
Plaintiff, *Pro Se*

☒   *(Federal)*  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 10, 2010, at Memphis, Tennessee.

/s/ JoEllen Todd
JoEllen Todd

825522

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614